UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BYRON BOUDREAUX., <br><br>  Plaintiff, <br><br> v. <br><br> ANDREW SAUL, Commissioner of Social Security <br><br>  Defendant. | Case No.:  20cv274 BGS <br><br> **ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE THE ELECTRONIC CERTIFIED ADMINISTRATIVE RECORD AND ANSWER TO PLAINTIFF'S COMPLAINT** <br><br> [ECF 12] |

Defendant's Joint Motion to extend the time to filed the Certified Administrative Record and Answer to Plaintiff's Complaint from July 13, 2020 to September 11, 2020 is **GRANTED**.

**IT IS SO ORDERED.**

Dated:  July 10, 2020

_____
Hon. Bernard G. Skomal
United States Magistrate Judge