UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN B., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW SAUL, <br><br> Defendant. | Case No.: 3:20-cv-00274-BGS <br><br> **ORDER GRANTING JOINT STIPULATION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d))** <br><br> **[ECF 23, 25]** |

On January 19, 2021, the parties filed a Joint Stipulation for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act, stipulating to an award to Plaintiff of attorneys' fees of $4,800 pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).  (ECF 23, 25.)

The EAJA allows a prevailing party to seek attorney's fees from the United States within thirty days of final judgment.  28 U.S.C. § 2412(d).  "A plaintiff who obtains a sentence four remand is considered a prevailing party for purposes of attorneys' fees." *Akopyan v. Barnhart*, 296 F.3d 852, 854 (9th Cir. 2002) (*citing Shalala v. Schaefer*, 509 U.S. 292, 301–02 (1993))).  And, the Ninth Circuit sets statutory maximum hourly rates

under the EAJA, adjusted for increases in the cost of living. *Thangaraja v. Gonzales*, 428 F.3d 870, 876–77 (9th Cir. 2005); Ninth Circuit Rule 39-1.6.[1]

Here, this case was remanded on the parties' Joint Motion for Voluntary Remand pursuant to sentence four of 42 U.S.C. § 405(g) on December 21, 2020, and Plaintiff's counsel's hourly rate is below the Ninth Circuit's maximum hourly rates under the EAJA. (ECF 21-21 (Joint Motion and Entry of Judgment), 23 (Joint Motion for EAJA Fees), 25 (Supplement to Joint Motion with Assignment and Invoice).) Therefore, Plaintiff is the prevailing party for purposes of attorneys' fees, the joint motion is timely, and the Court finds the stipulated amount of fees reasonable.

Based upon the Joint Stipulation, the Court **GRANTS** the parties' Joint Motion and awards attorney's fees in the amount of $4,800.

**IT IS SO ORDERED**.

Dated:  March 12, 2021

Hon. Bernard G. Skomal
United States Magistrate Judge

---

[1] Statutory Maximum Rates Under the Equal Access to Justice Act, United States Courts for the Ninth Circuit, https://www.ca9.uscourts.gov/content/view.php?pk_id=0000000039